# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

MICHAEL MAKANEOLE, individually and on
behalf of all similarly situated,

        **Plaintiff(s),**

**v.**

SOLARWORLD INDUSTRIES AMERICA,
INC.; et al.

        **Defendant(s).**

Civil Case No. _3:14-cv-1528-PK_

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney _Gerald L. Maatman, Jr._ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)**     **PERSONAL DATA:**

Name: _Maatman_    _Gerald_    _L._    _Jr._
      *(Last Name)*      *(First Name)*      *(MI)*    *(Suffix)*

Firm or Business Affiliation: _Seyfarth Shaw LLP_

Mailing Address: _131 S. Dearborn Street, Suite 2400_

City: _Chicago_      State: _IL_      Zip: _60603_

Phone Number: _(312) 460-5000_      Fax Number: _(312) 460-7000_

Business E-mail Address: _gmaatman@seyfarth.com_

**(2)     BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| Supreme Court of Illinois | 11/5/1981 | 06181016 |
| New York Supreme Court | 8/23/2007 | 452545 |
| | | |

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| Northern District Court of Illinois | 06181016 | 12/17/1981 |
| Central District Court of Illinois | 06181016 | 9/9/1999 |
| Continues on Attachment 2(b) | | |

**(3)     CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)     CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)     REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Kelly Services, Inc.

(6)   **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this _30th_ day of _September_, _2014_

_s/ Gerald L. Maatman, Jr._

*(Signature of Pro Hac Counsel)*

Gerald L. Maatman, Jr.

*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _30th_ day of _September_, _2014_

_s/ Andrew Moses_

*(Signature of Local Counsel)*

Name: _Moses_                          _Andrew_

    *(Last Name)*                    *(First Name)*                          *(MI)*          *(Suffix)*

Oregon State Bar Number: _983009_

Firm or Business Affiliation: _Gordon & Polscer, LLC_

Mailing Address: _9755 SW Barnes Road, Suite 650_

City: _Portland_                    State: _OR_          Zip: _97225_

Phone Number: _(503) 242-2922_          Business E-mail Address: _amoses@gordon-polscer.com_

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

**Attachment 2(b):**

| Title of Court | Date of Admission |
|---|---|
| U.S. Court of Appeals, Seventh Circuit | 05/07/1982 |
| U.S. Supreme Court | 12/03/1984 |
| U.S. Court of Appeals, Second Circuit | 08/29/1997 |
| U.S. District Court for the District of Colorado | 07/10/2002 |
| New York State Supreme Court, Appellate Division | 08/23/2007 |
| U.S. District Court for the Southern District of New York | 03/18/2008 |
| U.S. District Court for the Eastern District of New York | 03/18/2008 |
| U.S. Court of Appeals, Ninth Circuit | 07/02/2008 |
| U.S. District Court for the Western District of New York | 09/29/2008 |
| U.S. District Court for the Western District of Michigan | 06/24/2009 |
| U.S. Court of Appeals, Tenth Circuit | 08/24/2009 |
| U.S. Court of Appeals, Eleventh Circuit | 09/08/2009 |