**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

MICHAEL MAKANEOLE, individually and on behalf of all similarly situated,

    **Plaintiff(s),**

v.

SOLARWORLD INDUSTRIES AMERICA, INC.; et al.

    **Defendant(s).**

Civil Case No. 3:14-cv-1528 -PK

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney __Michael W. Kopp__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)**    **PERSONAL DATA:**

Name: Kopp    Michael    W.
    *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Firm or Business Affiliation: Seyfarth Shaw LLP

Mailing Address: 400 Capitol Mall, Suite 2350

City: Sacramento    State: CA    Zip: 95814

Phone Number: (916) 448-0159    Fax Number: (916) 558-4839

Business E-mail Address: mkopp@seyfarth.com

**(2)  BAR ADMISSIONS INFORMATION:**

    **(a)**  State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| California | 4/4/2000 | 206385 |
| Missouri | 2011 | 63944 |

    **(b)**  Other federal court admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| Eastern District of California | 8/2014 | 206385 |
| Central District of California | | 206385 |
| See Attachment 2(b) | | |

**(3)  CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**  ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)  CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)  REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kelly Services, Inc.

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  30th   day of  September , 2014

s/ Michael W. Kopp
*(Signature of Pro Hac Counsel)*

Michael W. Kopp
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  30th   day of  September , 2014

s/ Andrew Moses
*(Signature of Local Counsel)*

Name:  Moses                                Andrew
       *(Last Name)*                        *(First Name)*                         *(MI)*         *(Suffix)*

Oregon State Bar Number:  983009

Firm or Business Affiliation:  Gordon & Polscer, LLC

Mailing Address:  9755 SW Barnes Road, Suite 650

City: Portland                                State: OR           Zip: 97225

Phone Number: (503) 242-2922      Business E-mail Address: amoses@gordon-polscer.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

**Attachment 2(b):**

| Title of Court | Date of Admission |
|---|---|
| Northern District of California | 9/2000 |
| Western District of Missouri | 10/2011 |
| Eastern District of Missouri | 10/2011 |
| Eighth Circuit Court of Appeals | 1/1/2012 |