**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

MICHAEL MAKANEOLE, individually and on behalf of all similarly situated,

    **Plaintiff(s),**

v.

SOLARWORLD INDUSTRIES AMERICA, INC.; et al.

    **Defendant(s).**

Civil Case No. 3:14-cv-1528-PK

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Joshua M. Henderson requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

  **(1)**  **PERSONAL DATA:**

Name: Henderson, Joshua, M
*(Last Name)  (First Name)  (MI)  (Suffix)*

Firm or Business Affiliation: Seyfarth Shaw LLP
Mailing Address: 560 Mission Street, 31st Floor
City: San Francisco  State: CA  Zip: 94105-2930
Phone Number: (415) 397-2823  Fax Number: (415) 397-8549
Business E-mail Address: jhenderson@seyfarth.com

**(2)**     **BAR ADMISSIONS INFORMATION:**

    **(a)**     State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| State of Illinois | 12/1996 | 6237292 |
| State of California | 12/1998 | 197435 |

    **(b)**     Other federal court admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| Northern District of Illinois | 1997 | 6237292 |
| Central District of Illinois | 1997 | 6237292 |
| See Attachment 2(b) | | |

**(3)**     **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**     ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**     ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)**     **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**     **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kelly Services, Inc.

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  30th  day of  September , 2014

s/ Joshua M. Henderson
*(Signature of Pro Hac Counsel)*

Joshua M. Henderson
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  30th  day of  September , 2014

s/ Andrew Moses
*(Signature of Local Counsel)*

Name: Moses                           Andrew
*(Last Name)                          (First Name)                    (MI)          (Suffix)*

Oregon State Bar Number: 983009

Firm or Business Affiliation: Gordon & Polscer, LLC

Mailing Address: 9755 SW Barnes Road, Suite 650

City: Portland                   State: OR          Zip: 97225

Phone Number: (503) 242-2922     Business E-mail Address: amoses@gordon-polscer.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

**Attachment 2(b):**

| Title of Court | Date of Admission |
| --- | --- |
| Seventh Circuit Court of Appeals | 1997 |
| Northern District of Indiana | 1998 |
| Northern District of California | 1998 |
| Central District of California | 1999 |
| Eastern District of California | 2000 |
| Ninth Circuit Court of Appeals | 2002 |
| Southern District of California | 2004 |
| California Court of Appeals | 2004 |