UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL MAKANEOLE, individually and on
behalf of all similarly situated,

    Plaintiff(s),

v.

SOLARWORLD INDUSTRIES AMERICA, INC.; et al.

    Defendant(s).

Civil Case No. 3:14-cv-1528-PK

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Toni J. Read__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: __Read__ (Last Name) __Toni__ (First Name) __J.__ (MI) _____ (Suffix)

Firm or Business Affiliation: __Lewis Brisbois Bisgaard & Smith, LLP__

Mailing Address: __1180 Peachtree Street, NE, Suite 2900__

City: __Atlanta__    State: __GA__    Zip: __30309__

Phone Number: __404-567-6589__    Fax Number: __404-467-8845__

Business E-mail Address: __toni.read@lewisbrisbois.com__

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

           State Bar of Georgia, 11/02/2004    140982

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

           Northern District of Georgia, 2/7/2005    140982

           Middle District of Georgia, 2/24/2005    140982

           Georgia Court of Appeals, 3/2/2005    140982

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Randstad US, L.P.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 7th day of November, 2014

s/ Toni J. Read
(Signature of Pro Hac Counsel)

Toni J. Read
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 7th day of November, 2014

s/ Clarence M. Belnavis
(Signature of Local Counsel)

Name: Belnavis (Last Name)    Clarence (First Name)    M. (MI)    (Suffix)

Oregon State Bar Number: 942463

Firm or Business Affiliation: Fisher & Phillips LLP

Mailing Address: 111 SW Fifth Avenue, Suite 4040

City: Portland    State: OR    Zip: 97204

Phone Number: 503-242-4262    Business E-mail Address: cbelnavis@laborlawyers.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge