IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MICHAEL MAKANEOLE, individually and on behalf of all similarly situated,**

      **Plaintiff,**

**v.**

**SOLARWORLD INDUSTRIES AMERICA, INC.; SOLARWORLD INDUSTRIES AMERICA, LP; SOLARWORLD INDUSTRIES SERVICES, LLC; SOLARWORLD POWER PROJECTS, INC., RANDSTAD PROFESSIONALS US, LP, and KELLY SERVICES, INC.,**

      **Defendants.**

3:14-CV-01528-PK

ORDER

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#160) on May 10, 2017, in which he recommends the Court deny the Bill of Costs (#153) of Defendant Kelly Services, Inc.

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#160). Accordingly, the Court **DENIES** Defendant Kelly's Bill of Costs (#153).

IT IS SO ORDERED.

DATED this 30th day of May, 2017.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge