IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MICHAEL MAKANEOLE, individually and on behalf of all similarly situated,**

        **Plaintiff,**

**v.**

**SOLARWORLD INDUSTRIES AMERICA, INC.; SOLARWORLD INDUSTRIES AMERICA, LP; SOLARWORLD INDUSTRIES SERVICES, LLC; SOLARWORLD POWER PROJECTS, INC., RANDSTAD PROFESSIONALS US, LP, and KELLY SERVICES, INC.,**

        **Defendants.**

3:14-CV-01528-PK

**ORDER**

**BROWN, Senior Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#198) on March 7, 2018, in which he recommends the Court grant Plaintiff's Motion (#164) for Class Certification.

1 - ORDER

Solarworld filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

The Court has carefully considered Solarworld's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#198). Accordingly, **GRANTS** Plaintiff's Motion (#164) for Class Certification.

IT IS SO ORDERED.

DATED this 29th day of May, 2018.

/s/ Anna J. Brown

ANNA J. BROWN
United States Senior District Judge