**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

MICHAEL MAKANEOLE, individually and on behalf of all similarly situated,
    Plaintiff(s),
v.

SOLARWORLD INDUSTRIES AMERICA, INC., et al.
    Defendant(s).

Civil Case No. 3:14-CV-1528-PK

APPLICATION FOR SPECIAL ADMISSION –*PRO HAC VICE*

Attorney  Julie G. Yap  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Yap (Last Name)  Julie (First Name)  G. (MI)  (Suffix)
Firm or Business Affiliation: Seyfarth Shaw LLP
Mailing Address: 400 Capitol Mall, Suite 2350
City: Sacramento  State: CA  Zip: 95814
Phone Number: 916-448-0159  Fax Number: 916-558-4839
Business E-mail Address: jyap@seyfarth.com



(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
           California - June 9, 2006 - SBN 243450

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
           See Attachment

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kelly Services, Inc.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 4th day of June, 2018

                                                _____
                                                (Signature of Pro Hac Counsel)

                                                Julie G. Yap
                                                *(Typed Name)*


American LegalNet, Inc.
www.FormsWorkFlow.com

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __4th__ day of __June__, __2018__

/s/ Andrew Moses
*(Signature of Local Counsel)*

Name: Moses (Last Name)    Andrew (First Name)    S. (MI)    (Suffix)

Oregon State Bar Number: 983009

Firm or Business Affiliation: Gordon & Polscer, LLC

Mailing Address: 9755 SW Barnes Road, Suite 650

City: Portland    State: OR    Zip: 97225

Phone Number: 503-242-2922    Business E-mail Address: amoses@gordon-polscer.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---



# ATTACHMENT TO APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE*

*For Attorney Julie G. Yap*

(2) Bar Admissions Information

    (b) Other federal court admissions(s), dates(s) of admission, and bar ID number(s):

| Court or Administrative Body | Date of Admission |
|---|---|
| California Supreme Court | 06/09/2006 |
| United States Supreme Court | 10/03/2011 |
| Ninth Circuit Court of Appeals | 12/16/2013 |
| United States District Court, E.D. Cal. | 10/22/2012 |
| United States District Court, N.D. Cal. | 12/03/2012 |
| United States District Court, C.D. Cal. | 12/12/2012 |
| United States District Court, S.D. Cal. | 06/24/2014 |